**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | |
|---|---|
| IN THE INTEREST OF: C.E.R., JR., A MINOR | : No. 95 EAL 2018 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| PETITION OF: C.R., FATHER | : the Order of the Superior Court |

## ORDER

**PER CURIAM**

      **AND NOW**, this 16th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.